# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIELLE VENEZIA,** *Plaintiff,* | : : | **CIVIL ACTION** |
| v. | : : | **NO. 18-1458** |
| **EASTERN REVENUE, INC. et al,** *Defendants.* | : : : | |

## ORDER

**AND NOW**, this 11th day of February 2019, upon consideration of Defendant Eastern Revenue, Inc.'s Motion for Summary Judgment (ECF No. 21), Plaintiff's Response in Opposition to Defendant's Summary Judgment Motion (ECF No. 24), Defendant's Reply (ECF NO. 25), Plaintiff's Objections to Defendant's Submissions (ECF No. 35), Plaintiff's Surreply (ECF No. 37), oral argument held on this matter on January 9, 2019, and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** and **DECREED** that Defendant Eastern Revenue, Inc.'s Motion for Summary Judgment (ECF No. 21) is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED**.

BY THE COURT:

_____
CHAD F. KENNEY, J.